UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARCO TAFT, et al.,

       Plaintiffs,

                                       CASE No. 1:23-CV-01

v.

                                       HON. ROBERT J. JONKER

CITY OF LANSING, et al.,

       Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date, Judgment enters in favor of Defendants and against Plaintiffs Demarco and Carmela Taft, dismissing this case under Rule 12(b)(6).

Dated:   August 15, 2023        /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE